UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEVONTE ROSS,

        Plaintiff,       Case Number 23-11785
v.       Honorable David M. Lawson
    Magistrate Judge Elizabeth A. Stafford
THOMAS ANDERSON, DDS and
JANE DOE,

        Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S CLAIMS AGAINST JANE DOE DEFENDANT

Presently before the Court is the report issued on June 18, 2025 by Magistrate Judge Elizabeth A. Stafford under 28 U.S.C. § 636(b) in this civil rights case. The plaintiff's amended complaint included claims against an individual he identified only as "prison medical provider Jane Doe." ECF No. 21. On May 19, 2025, Judge Stafford ordered the plaintiff to identify properly the Jane Doe defendant by May 30, 2025. Ross did not respond by that deadline. Judge Stafford thereafter filed a report recommending that the Court dismiss his claims against the Jane Doe defendant under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

The deadline for filing objections to the report has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Tchrs. Loc. 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

- 2 -

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 32) is **ADOPTED** and the plaintiff's claims against Jane Doe are **DISMISSED**.

It is further **ORDERED** that the previous order of reference to the assigned magistrate judge (ECF No. 25) is **CONTINUED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: July 8, 2025